Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
Krista J. Nielson, Esq.
Nevada Bar No. 10698
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
MBBW File No.: 11-L0283
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN COX, an individual, | Case No.: 2:11-cv-01065-PMP-GWF |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, NATIONAL ASSOCIATION; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, NA.; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTICATEHOLDERS CWALT, INC., ALTERNATIVE LAON TRUST 2006-39CB, MORTGAGE PASS-THROUGH CERTICIATES, SERIES 2006-39CB; DOES I through X, inclusive; and ROE COMPANIES I through X, inclusive; | **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Defendants. | |

Plaintiff, JOHN COX's ("Plaintiff") Motion for Preliminary Injunction and Ex Parte Motion for Temporary Restraining Order, having come before this Court on July 1, 2011, as previously noticed to all parties, Defendants appearing through their counsel, Krista J. Nielson, Esq., and the law firm Miles, Bauer, Bergstrom & Winters, LLP, Plaintiff appearing through his

counsel, Mitchell S. Bisson, Esq., and the law firm of Callister and Associates, LLC, the Court having considered the matter, and having carefully reviewed all of the evidence and pleadings, and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that that Plaintiff's Motion for Preliminary Injunction and Ex Parte Motion for Temporary Restraining Order is hereby DENIED.

_____
U.S. DISTRICT COURT JUDGE

Dated: July 11, 2011

Respectfully submitted by:

/s/ Krista J. Nielson
Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
Krista J. Nielson, Esq.
Nevada Bar No. 10698
2200 Paseo Verde Parkway, Suite 250
Henderson, NV 89052
Counsel for Defendants

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on the __8th__ day of July, 2011, a true and correct copy of the foregoing **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION** was mailed by placing in the United States Mail, postage pre-paid, to the parties addressed below:

Matthew Callister, Esq.
Callister & Associates
823 Las Vegas Blvd. South, 5th Floor
Las Vegas, Nevada 89101

_____
an employee of **MILES, BAUER, BERGSTROM & WINTERS, LLP**