UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN COX,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA<br>CORPORATION, *et al.*,<br><br>             Defendants. | 2:11-CV-01065-PMP-CWH<br><br>**ORDER** |

This matter is before the Court on Defendants' fully briefed Motion to Dismiss (Doc. #23). For the reasons set forth in Defendants Motion (Doc. #23) and Reply Memorandum (Doc. #30), and for the additional reasons set forth in the Order of the Honorable James C. Mahan, United States District Judge entered April 27, 2010 in a virtually identical action brought by Plaintiff in Case No. 09-CV-2423-JCM-LRL,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #23) is **GRANTED**.

DATED: December 27, 2011.

_____
PHILIP M. PRO
United States District Judge