UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JOHN COX, | ) | 2:11-CV-01065-PMP-CWH |
|        Plaintiff, | ) | |
| | ) | **ORDER** |
|  vs. | ) | |
| BANK OF AMERICA | ) | |
| CORPORATION, *et al.*, | ) | |
| | ) | |
|        Defendants. | ) | |

This matter is before the Court on Defendants' fully briefed Motion to Dismiss (Doc. #23).  For the reasons set forth in Defendants Motion (Doc. #23) and Reply Memorandum (Doc. #30), and for the additional reasons set forth in the Order of the Honorable James C. Mahan, United States District Judge entered April 27, 2010 in a virtually identical action brought by Plaintiff in Case No. 09-CV-2423-JCM-LRL,

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. #23) is **GRANTED**.

DATED: December 27, 2011.

_____
PHILIP M. PRO
United States District Judge